JUDGE CARTER    **12 CIV 8637**

2-751225
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ZIM INTEGRATED SHIPPING
SERVICES, LTD.,

                Plaintiff,

    - against -

CONTINENTAL WASTE MANAGEMENT,
INC.,

                Defendant.
------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY



RECEIVED NOV 28 2012 U.S.D.C. S.D.N.Y. CASHIERS

       Plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant CONTINENTAL WASTE MANAGEMENT, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Shipping Act of 1984, as Amended, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

       2.  At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

       3.  Upon information and belief and at all times hereinafter mentioned, defendant CONTINENTAL WASTE MANAGEMENT, INC. was and still is a corporation organized and existing under the laws of the State of North Carolina, with offices and a place of business at 3000 RDU Center Drive, Suite 102, Morrisville, NC 27560.

4. On or about October 3, 2009, defendant delivered to plaintiff at Norfolk certain goods consisting of six (6) forty-foot Hi-Cube Containers SAID TO CONTAIN: PLASTIC SCRAP, for the purpose of having the goods carried on the Vessel ZIM QINGDAO to Hong Kong, there to be delivered to the consignee and/or its agents, in consideration of payment by defendant to plaintiff of ocean freight and related charges in the amount of $7,019.00, calculated pursuant to plaintiff's tariff, all as set forth in Bill of Lading ZIMUORF315548 (Exhibit A).

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. On January 6, 2010, defendant reaffirmed its obligation to remit the ocean freight and related charges due (Exhibit B).

7. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

8. Defendant has failed and refused and continues to fail and to refuse to remit the $7,019.00 due, although duly demanded.

9. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,019.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $7,019.00, together with interest from the date due, costs, disbursements, and reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
November 28, 2012

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM INTEGRATED SHIPPING
SERVICES, LTD.
551 Fifth Avenue, Suite 616
New York, NY  10176
(212) 696-1760

# BILL OF LADING FOR PORT TO PORT OR COMBINED TRANSPORT

**ZIM Integrated Shipping Services Ltd**

**SHIPPER / EXPORTER (NAME & ADDRESS)**
CONTINENTAL WASTE MANAGEMENT LLC
3000 RDU CENTER DRIVE, STE. 102
MORRISVILLE, NC 27560
PH: 919-580-5888
FAX: 919-580-5885

**BOOKING No.** ORF308639/1

**BILL OF LADING No.** ZIMUORF315548

**EXPORT REFERENCES**

**NOT NEGOTIABLE**

**CONSIGNEE (NAME & ADDRESS)**
NEW NAM CHEUK (H.K.) LTD ROOM 9B-09
UNIT B DRAGON INDUSTRIAL BLDG
93 KING LAM STREET CHEUNG SHA WAN
KOWLOON PH: 852-2379-1103
FAX: 852-2379-1106
(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

**FORWARDING AGENT F.M.C. No.**

**POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)**

**NOTIFY (NAME & ADDRESS)**
NEW NAM CHEUK (H.K.) LTD ROOM 9B-09
UNIT B DRAGON INDUSTRIAL BLDG
93 KING LAM STREET CHEUNG SHA WAN
KOWLOON PH: 852-2379-1103
FAX: 852-2379-1106

**REMARKS / EXPORT OR OTHER INSTRUCTIONS**
SHIPPED ON BOARD 10/03/09

**INITIAL CARRIAGE**

**PLACE OF RECEIPT OF GOODS** (IF CONTRACTED FOR)

**VESSEL** ZIM QINGDAO   **VOY.** 14/W   **PORT OF LOADING** NORFOLK

**PORT OF DESTINATION** HONG KONG, CHINA   **FINAL DESTINATION** (IF CONTRACTED FOR)   **FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY)**

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT (LBS) | MEASUREMENT (FT3) |
|---|---|---|---|
| | AS PER ATTACHED LIST | | |
| 6 CONT TOT. TARE : 51,588 | | CARGO W: TOTAL 202,520.000 | |

**NOT NEGOTIABLE**

| DETAILS | PER | RATE AMOUNT | FREIGHT PREPAID | COLLECT |
|---|---|---|---|---|
| TERMINAL HANDLING CHARGE - DESTINATION | C | HKD 2,720.00 | | 16,320.00 |
| ORIGIN PORT/TERMINAL SECURITY CHARGE | C | USD 8.00 | 48.00 | |
| OCEAN FREIGHT | C | USD 1,150.00 | 6,900.00 | |
| B/L FEE | L | USD 35.00 | 35.00 | |
| INTERNATIONAL SHIP SECURITY (AD VALOREM FREIGHT) | C | USD 6.00 | 36.00 | |
| | | USD TOTAL | 7,019.00 | |
| | | HKD TOTAL | | 16,320.00 |

**MERCHANT'S DECLARED VALUE OF GOODS:** If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 21.)

NOTE: Received in apparent good order and condition, unless otherwise stated herein, the Goods or packages or Containers said to contain the units and amount of Goods specified herein for carriage subject to the terms and conditions hereof (including the number of the reverse side hereof) and the terms and conditions of the Carrier's Tariff Rules) from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Delivery (whichever is applicable). The Merchant agrees and acknowledges that the weight, measure, marks, numbers, quality, contents seal(s) number and value of the Goods as declared by the Carrier but that the Carrier has relied upon the Merchant's representation as to the nature...

**CLAUSES AS PER ATT. LIST**

**FREIGHT PAYABLE AT** NORFOLK (VA)

**No. OF ORIGINAL B/L ISSUED** THREE

**PLACE AND DATE OF ISSUE** NORFOLK (VA) on 10/03/09

Without prejudice to the generality of the foregoing, the Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay.
In addition, attention is drawn, inter alia, to Clauses 7 (Notice of Loss, Time Bar), 13 (Merchant's Declarations), 19 (Lien), 14 (Dangerous and Hazardous Goods) and 22 (Law and Jurisdiction). The Package limitation mentioned in Clause 21 will not be applicable in the event that contents are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for.

**EXHIBIT "A"**

ATTACHED LIST FOR B/L :   ZIMUORF315548
VESSEL: ZIM QINGDAO                         VOYAGE: 14/W
LOAD PORT:   NORFOLK

DISCHARGE PORT: HONG KONG, CHINA          DESTINATION:

| MKS & NOS/SEAL.NO | DESCRIPTION OF GOODS | WEIGHT LBS | MEASUR. FT3 |
|---|---|---|---|
| CONT:ZCSU8267101<br>1 CNT<br>SEAL: 0881611<br>/HC40 (CY/CY) | 38 BOXES<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 35,880.000 | 0.000 |
| CONT:ZCSU8496643<br>1 CNT<br>SEAL: 0881612<br>/HC40 (CY/CY) | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:   8597<br>33 BOXES<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 32,660.000 | 0.000 |
| CONT:ZCSU8659890<br>1 CNT<br>SEAL: 0881616<br>/HC40 (CY/CY) | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:   8597<br>20 BALES<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 31,040.000 | 0.000 |
| CONT:ZCSU8904684<br>1 CNT<br>SEAL: 0881614<br>/HC40 (CY/CY) | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:   8597<br>48 BLOCK<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 28,300.000 | 0.000 |
| CONT:ZCSU8241386<br>1 CNT<br>SEAL: 04292<br>/HC40 (CY/CY) | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:   8597<br>173 PIECES<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 40,260.000 | 0.000 |

SHIPPER'S LOAD STOWAGE & COUNT
CONT TARE WEIGHT:   8597

ATTACHED LIST FOR B/L: ZIMUORF315548
VESSEL: ZIM QINGDAO                    VOYAGE: 14/W
LOAD PORT: NORFOLK

DISCHARGE PORT: HONG KONG, CHINA       DESTINATION:

| MKS & NOS/SEAL.NO | DESCRIPTION OF GOODS | WEIGHT | MEASUR. |
|---|---|---|---|
| CONT:ZCSU8749905<br>1 CNT<br>SEAL: 03627<br>/HC40 (CY/CY) | 32 PIECES<br>40' HC CONTAINER SLAC<br>38 BOXES PLASTIC SCRAP<br>AES # X20090929016556<br>10 DAYS FREE TIME AT DESTINATION<br>ALL FREIGHT PREPAID<br>ALL DESTINATION CHARGES COLLECT | 34,380.000 | 0.000 |
| | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:   8597 | | |
| | 6   CONT TOT. TARE : 51,588     CARGO W : | 202,520.000 | |

CLAUSES:

SHIPPER'S REMARK: THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.



# CONTINENTAL
## WASTE MANAGEMENT

January 6th, 2010

ZIM American Integrated Shipping Services
5801 Lake Wright Drive
Norfolk, VA 23502

Attention: Accounts Receivable Department

**RE: BKG# ORF308639/1, VESSEL /VOY: ZIM QINGDAO/14W AND ORF310547/1,
VESSEL /VOY : NYK DEMETER /11W
ON BOARD: ORF308639/1 – 10/3/09 AND ORF310547/1 -11/01/09**

We, the undersigned, hereby agree to pay prepaid charges for the Booking ORF308639/1, B/L # ZIMUORF315548 in the amount of US$7,019.00 and Booking ORF310547/1, BL # ZIMUORF317615 in the amount of US$2,363.00 for a subtotal of US$9,382.00 less monies already paid of US$2,000.00 for a total of **US$7,382.00** on behalf of the Shipper CONTINENTAL WASTE MANAGEMENT LLC.

SIGNATURE: _Ketki U. Patel_ (signature)

NAME: Ketki U. Patel
DESIGNATION: Member

EXHIBIT "B"

Office: Continental Waste Management 3000, RDU Center Drive, Suite # 102, Morrisville NC : 27560, USA
email: ujas@uvinc.net   +1 (919) 840-5888 (O)   +1 (919) 840-5885 (O)   +1 (919) 573-0483 (eFax)